Glen BROEMER, Plaintiff—Appellant,

v.

CENTRAL INTELLIGENCE AGENCY; et al., Defendants—Appellees.

No. 01–55662.

D.C. No. CV–01–01629–TJH.

United States Court of Appeals, Ninth Circuit.

Submitted April 8, 2002*.

Decided April 17, 2002.

Before BROWNING, KLEINFELD and GOULD, Circuit Judges.

MEMORANDUM**

Glen Broemer appeals pro se the district court's order denying him permission to file his complaint in forma pauperis. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion a district court's denial of leave to proceed in forma pauperis. *See Minetti v. Port of Seattle,* 152 F.3d 1113, 1115 (9th Cir.1998) (per curiam). We affirm.

The district court did not abuse its discretion by denying Broemer's request for leave to proceed in forma pauperis because Broemer failed to answer all of the questions in his "Declaration in Support of Request to Proceed In Forma Pauperis." *See* 28 U.S.C. § 1915(a); *see United States*

---

* Because we unanimously find this case suitable for decision without oral argument, we deny Broemer's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

*v. McQuade,* 647 F.2d 938, 940 (9th Cir. 1981) (per curiam).

Broemer's remaining contentions lack merit.

AFFIRMED.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Appellant's motion for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.